IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
(McALLEN DIVISION)

| | |
|---|---|
| DIANA M. HINOJOSA<br> Plaintiff, | §<br>§<br>§ |
| vs. | §   CIVIL ACTION NO. 7:17-cv-00130<br>§ |
| THE BANK OF NEW YORK<br>MELLON, AS TRUSTEE<br> Defendant. | §<br>§<br>§<br>§ |

### DEFENDANT'S ANSWER SUBJECT TO APPLICATION TO COMPEL ARBITRATION AND ABATE/STAY LITIGATION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE MICAELA ALVAREZ:

NOW COMES The Bank of New York Mellon, as Trustee, the Defendant in the above-styled Civil Action and files this Answer, subject to its previously filed Application to Compel Arbitration and would respectfully show the following:

### I.
### Defendant's Original Answer

Subject to the foregoing Application to Compel Arbitration and in no way waiving same, Defendant timely answers Plaintiff's Original Petition as follows, in accordance with Fed. R. Civ. P. 81(c)(2):

**A.**   **General Denial.**

Defendant generally denies each and every of the allegations set forth in Plaintiff's Original Petition. Defendant will later supplement its Answer to assert specific denials after the parties attempt to reach a resolution of this matter pursuant to the Arbitration Agreement.

**B.**   **Affirmative Defenses**

All of Plaintiff's claims before this Court are barred by the affirmative defenses of arbitration, waiver and estoppel.

## II.
## Prayer

WHEREFORE, Defendant requests the Court grant the relief requested in its Application to Compel Arbitration and subject thereto, Defendant prays Plaintiff take nothing by her suit and that Defendant will recover its costs expended, as well as any and all such other and further relief to which Defendant may be entitled.

Respectfully submitted,

*/s/ Kenneth M. Culbreth, Jr.*
Kenneth M. Culbreth, Jr.
Attorney in Charge
State Bar No. 05207525
S.D. Tex. No. 11507
JORDAN, HYDEN, WOMBLE,
 CULBRETH & HOLZER, P.C.
500 N. Shoreline, Suite 900
Corpus Christi, Texas 78401-0341
(361) 884-5678 Telephone
(361) 888-9149 Telecopier
kculbreth@jhwclaw.com

**Attorneys for Defendant,**
**The Bank of New York Mellon, as Trustee**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served pursuant to the Federal Rules of Civil Procedure upon the following on April 25, 2017:

| | |
|---|---|
| Mr. Kelly K. McKinnis<br>KELLY K. MCKINNIS<br>3423 W. Alberta Road<br>Edinburg, Texas 78539 | Via E-File and E-service |

*/s/ Kenneth M. Culbreth, Jr.*
Kenneth M. Culbreth, Jr.