UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DIANA M HINOJOSA, | § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-130 |
| THE BANK OF NEW YORK MELLON, | § § § | |
| Defendant. | § § | |

# ORDER

The Court now considers the stipulation of dismissal filed in this case.[1] Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for dismissal without a court order when the stipulation of dismissal is signed by all parties who have appeared.[2] Here, the stipulation of dismissal is signed by all parties who have appeared, and the parties stipulate to dismissal *with prejudice*.[3] Thus, the case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 24th day of October, 2017.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 12.
[2] Fed. R. Civ. P. 41(a)(1)(A)(ii).
[3] *Id.* at pp. 1–2.